No. 662. DAMPSKIBSSELSKABET DANNEBROG ET AL. *v.* SIGNAL OIL & GAS Co. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Lane Summers, W. H.*

Hayden, and *F. T. Merritt* for petitioners. *Mr. Glenn J. Fairbrook* for respondent.

